No. 74–5054. TAYLOR ET AL. *v.* LAVINE, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL. C. A. 2d Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Case set for oral argument with No. 74–453 [*Van Lare* v. *Hurley,* probable jurisdiction noted, *supra*].

No. 73–6830. JUAREZ *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–6890. ELLINGBURG *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6938. GREEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–6991. WILLIAMS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 73–6999. PITTMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–7055. BROWN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–7080. BONE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–7081. POWELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–7102. SWANSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.